

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00216-CV

| | | |
|---|---|---|
| Lori DeAngelis and Laurie Robinson | § | From the 153rd District Court |
| v. | § | of Tarrant County (153-282927-15) |
| Protective Parents Coalition, Jennifer Olson, Deborah Logsdon, Jayne Peery, Marie Howard, AND Holly Carless | § | August 2, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment as to the granting of Appellees' Motions to Dismiss. We reverse that portion of the trial court's judgment as to the amount of trial attorney's fees awarded to Appellees Protective Parents Coalition, Jennifer Olson, Deborah Logsdon, Jayne Peery, Marie Howard, and Holly Carless and as to the failure to award Appellee Holly Carless reasonable appellate attorney's

fees. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellants Lori DeAngelis and Laurie Robinson shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
     Justice Mark T. Pittman